# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY MIDDLETON,** | : | No. 1:15-cv-1441 |
| Petitioner | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| **CAPTAIN S. SPAULDING,** | : | |
| Respondent | | |

## ORDER

**AND SO**, this 16th day of December 2015, **IT IS HEREBY ORDERED THAT**:

a. Magistrate Judge Saporito's Report and Recommendation (Doc. No. 3) is **ADOPTED**;

b. Petitioner's petition (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** to re-filing a Section 2255 petition in the Northern District of Florida subject to the circuit pre-clearance requirements found in 28 U.S.C. § 2255(h);

c. Petitioner's miscellaneous motions (Doc. Nos. 4, 6, 7, 8, 9) are **GRANTED**; and,

d. The Clerk of Court is directed to close this case.

/s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania